ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK        ECF
-----------------------------------------------------------------X
TRUSTEES OF THE TEAMSTERS LOCAL 456              Index:
ANNUITY, EDUCATION & TRAINING, S.U.B.,
INDUSTRY ADVANCEMENT AND LEGAL SERVICES
FUNDS AND THE WESTCHESTER TEAMSTERS
LOCAL UNION NO. 456,                             RULE 7.1

                                     Plaintiffs,

               -against-
JEFF BENVENUTO TRUCKING,

                                  Defendant.
-----------------------------------------------------------------X

*JUDGE ROBINSON*

**08 CIV. 5780**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

      None.

Dated: June 19, 2008

                                                        _____
                                                        Karin Arrospide, Esq. (KA9319)
                                                       Barnes, Iaccarino, Virginia,
                                                       Ambinder & Shepherd
                                                       258 Saw Mill River Road
                                                       Elmsford, NY 10523
                                                       (914) 592-1515