# UNITED STATES DISTRICT COURT
## Southern District of New York

## AFFIDAVIT OF SERVICE



106771

Index no : 08 CIV 5780
Date Index Number Purchased: 06/26/2008

| Plaintiff(s): | Trustees of The Teamsters Local 456 Annuity, Education & Training, S.U.B. Industry Advancement and Legal Services Funds and The Westchester Teamsters Local Union No. 456 |
|---|---|
| Defendant(s): | Jeff Benvenuto Trucking |

STATE OF CONNECTICUT
HARTFORD COUNTY       ss.:

**Eric Rubin**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of Connecticut.

On **07/03/2008** at **2:33 PM**, I served the within **Summons In A Civil Action; Rule 7.1; Complaint** on **Jeff Benvenuto Trucking** at **68 Weaver Street, Greenwich, CT 06831** in the manner indicated below:

**CORPORATE SERVICE:** By delivering a true copy of each to **Catherine Benvenuto, Managing Agent** of the above named corporation. The undersigned asked the recipient if he/she is authorized to accept service on behalf of **Jeff Benvenuto Trucking**, and the recipient responded in the affirmative.

A description of the Recipient, or other person served on behalf of the Recipient is as follows:

| Sex | Color of skin | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Gray | 70 | 5'4" | 125 |
| Other Features: | | | | | |

Sworn to and subscribed before me on
July 07, 2008
by an affiant who is personally known to
me or produced identification.

_____
NOTARY PUBLIC
My Commission Expires: 8-31-2009

X _____
Eric Rubin
Speedy Lawyers Service
67 Tommy CT
Mahopac, NY 10541

Atty File#: