UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
Trustees of the Teamsters Local 456 Pension,
Health & Welfare, Annuity, Education & Training, S.U.B.,
Industry Advancement and Legal Services Funds and the
Westchester Teamsters Local Union No. 456,

                                                                            **Index No. 08 CIV 5780 (SCR)**

                          Plaintiffs,        **VOLUNTARY NOTICE**
                                                        **OF DISMISSAL & ORDER**

-and-

JEFF BENVENUTO TRUCKING,

                          Defendant.
-----------------------------------------------------------------x

        PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a)(1)(i) plaintiffs, by the undersigned attorney of record, hereby voluntarily dismiss the above entitled action with prejudice.

Dated: July 9, 2008
       Elmsford, New York

                                          BARNES, IACCARINO, VIRGINIA,
                                          AMBINDER & SHEPHERD, PLLC

                                          Karin Arrospide, Esq. (KA9319)
                                          Attorney for Plaintiffs
                                          258 Saw Mill River Road

Case Closed

                                          Elmsford, New York 10523
                                          (914) 592-1515

SO ORDERED:

Honorable Stephen C. Robinson, U.S.D.J.
8/4/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: